# Third District Court of Appeal
## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0806
Lower Tribunal No. 17-13064-CA-01
_____


**Rhonda Goodman,**
Appellant,

vs.

**Barbara Goodman,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

The Law Office of Barbara Sanjurjo, P.A., and Barbara Sanjurjo, for appellant.

Kluger, Kaplan, Silverman, Katzen & Levine, P.L., and Todd A. Levine, for appellee.


Before SCALES, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM

Barbara and Rhonda Goodman, mother and daughter respectively, have been embroiled in an acrimonious property dispute for years. In 2017, Barbara filed a lawsuit seeking to partition the property. What should have been a straightforward remedy under Chapter 64, Florida Statutes, has metastasized into eight years of litigation involving the original partition action, a second case filed by Rhonda against Barbara, and now two appeals.[1] Rhonda raises no meritorious issues on appeal. We write only to commend the well-reasoned orders of the trial court in this contentious litigation.

Affirmed.

---

[1] We consolidated 3D24-0806 and 3D24-2007 for purposes of travelling together.